■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEE HERNANDEZ, Appellant. [789 NYS2d 436]—Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.) rendered September 23, 2003, convicting him of murder in the second degree, upon a plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Stokes,* 95 NY2d 633 [2001]; *People v Vasquez,* 70 NY2d 1 [1987]; *People v Gonzalez,* 47 NY2d 606 [1979]). Prudenti, P.J., Cozier, Ritter and Spolzino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASPER JONES, Appellant. [789 NYS2d 436]—Appeal by the defendant from a judgment of the County Court, Westchester County (Adler, J.), rendered August 29, 2002, convicting him of criminal possession of stolen property in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Prudenti, P.J., Schmidt, Santucci, Luciano and Spolzino, JJ., concur.